**SML AVVOCATI P.C.**
**STEPHEN M. LOBBIN (SBN 181195)**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: (949) 636-1391
sml@smlavvocati.com

*Attorney for Plaintiff*
*Geographic Location Innovations, LLC*


**NELSON MULLINS RILEY & SCARBOROUGH LLP**
**JESSICA M. HIGASHIYAMA (SBN 272269)**
19191 South Vermont Avenue, Suite 900
Torrance, California 90502
Tel: (424) 221-7400 / Fax: (424) 221-7499
Jessica.higashiyama@nelsonmullins.com

*Attorney for Defendant*
*Beauty Bakerie Cosmetics Brand, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC,<br><br>           Plaintiff,<br><br>   vs.<br><br>BEAUTY BAKERIE COSMETICS BRAND, INC.<br><br>           Defendant. | CASE NO. 3:21-cv-1496-TWR-WVG<br><br>**JOINT MOTION TO TRANSFER VENUE**<br><br>[Civil Local Rule 7.2]<br><br>Complaint Filed: August 23, 2021 |

Pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406, Plaintiff Geographic Location Innovations, LLC ("Plaintiff") and Defendant Beauty Bakerie Cosmetics Brand, Inc. ("Beauty Bakerie") (together, the "Parties"), through their undersigned counsel, hereby stipulate and respectfully request that the Court issue an order transferring this action to the United States District Court for the District of Delaware.

Counsel for Plaintiff and counsel for Beauty Bakerie have conferred and agree to transfer this action to the District of Delaware for the convenience of the parties and in the interests of justice and because Delaware is the more appropriate venue. The Parties further agree that the Southern California of California is improper and that the action should be transferred to the District of Delaware because the action could have been brought there. Plaintiff filed the Complaint in this District solely based on its assumption that Beauty Bakerie's principal place of business is located in San Diego, California. However, Beauty Bakerie maintains that it does not have a regular and established place of business in this District because it does not (1) own or lease any property in California; (2) maintain an office or bank account in California; (3) manufacture its products in California; or (4) hold company meetings in California.

Moreover, Beauty Bakerie does not reside in the District, but rather in Delaware. *See* ECF 1, ¶ 4 (Beauty Bakerie is a Delaware corporation). Patent infringement cases such as this are governed by 28 U.S.C. § 1400(b), which states that "[a]ny civil action for patent infringement may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business." Pursuant to the Supreme Court's holding in *TC Heartland LLC v. Kraft Foods Group Brand, LLC,* "a domestic corporation 'resides' only in its State of incorporation for purposes of the patent venue statute." 137 S.Ct. 1514, 1517 (2017). Thus, because Beauty Bakerie resides in Delaware for purposes of 28 U.S.C. § 1400(b), a transfer to the District of

Delaware is proper.

WHEREFORE, the Parties jointly request that this Court, pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406(a), transfer this matter to the United States District Court for the District of Delaware, where it may have been brought originally and to which the parties consent.

Pursuant to Local Rule 7.2, the parties have separately submitted a Proposed Order granting the relief requested.

Dated: September 22, 2021   **NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *s/ Jessica M. Higashiyama*

Jessica M. Higashiyama

Attorney for Defendant
Beauty Bakerie Cosmetics Brand, Inc.
Email: jessica.higashiyama@nelsonmullins.com

Dated: September 22, 2021   **SML AVVOCATI P.C.**

By: *s/ Stephen M. Lobbin*

Stephen M. Lobbin

Attorney for Plaintiff
Geographic Location Innovations, LLC
Email: sml@smlavvocati.com

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
2 and Procedures Manual, I certify that the content of the document is acceptable to
3 Plaintiff's counsel and that I have obtained authorization for the electronic signatures
4 of all parties on the document.

　　　　　　　　　　　　　　　　　　　　 s/ *Jessica M. Higashiyama*
　　　　　　　　　　　　　　　　　　　　Jessica M. Higashiyama

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                 s/ *Jessica M. Higashiyama*
                 Jessica M. Higashiyama