UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BEAUTY BAKERIE COSMETICS BRAND, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-01496 TWR (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE AND DENYING AS MOOT JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 5, 6) |

　　Presently before the Court are the parties' Joint Motion to Extend Defendant's Time to Respond to the Complaint under Local Rule 12.1 ("Joint Motion to Extend Time," ECF No. 5) and Joint Motion to Transfer Venue under 28 U.S.C. § 1404(A) and 28 U.S.C. § 1406(a) ("Joint Motion to Transfer Venue," ECF No. 6).  Good cause appearing, the Court **GRANTS** the Joint Motion to Transfer Venue.  Because the Court grants the Motion to Transfer Venue, the Court **DENIES AS MOOT** the Joint Motion to Extend Time.  The Court directs the Clerk to transfer this case to the U.S. District Court for the District of Delaware.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: November 9, 2021

Honorable Todd W. Robinson
United States District Judge